# United States District Court
# Northern District of Illinois

In the Matter of

Ulrich

        v.

Larson

**DOCKETED**

SEP 1 3 2004

Case No. 4 C 4778

Designated Magistrate Judge
Martin C. Ashman

### FINDING OF RELATEDNESS PURSUANT TO
### LOCAL RULE 40.4

    In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Suzanne B. Conlon** to be related to **4 C 41** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

Judge Wayne R. Andersen

Dated: September 2, 2004

---

### ORDER OF THE EXECUTIVE COMMITTEE

    IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Wayne R. Andersen.**

### ENTER

### FOR THE EXECUTIVE COMMITTEE

Chief Judge Charles P. Kocoras

Dated: SEP - 3 2004