# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 4 C 4778 | **DATE** | 4/13/2007 |
| **CASE TITLE** | Ulrich vs. Larson et al | | |

**DOCKET ENTRY TEXT**

This case is hereby terminated.

Docketing to mail notices.

| | |
|---|---|
| Courtroom Deputy Initials: | TSA |